(Del. Rev. 12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

OLDEN THOMAS
_____
(Name of Plaintiff or Plaintiffs)

v.

MAYOR JAMES M. BAKER
CHIEF MICHAEL J. SZCZERBA
CITY OF WILMINGTON, DE
PATROLMAN JOSE M. SANTANA #73090
(Name of Defendant or Defendants)

CIVIL ACTION NO. 05-456

FILED 2005 JUL -1 AM 10:13 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

## COMPLAINT

1. This action is brought pursuant to _____
   (Federal statute on which action is based)
   for discrimination related to RACE/AGE _____ jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)
   42:1983
   (Federal statute on which jurisdiction is based)

2. Plaintiff resides at 1516 SYCAMORE STREET
   (Street Address)
   WILMINGTON    NC    DE    19805
   (City)        (County) (State) (Zip Code)
   (302) 652-4886
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at 300 N. WALNUT ST.
   (Street Address)
   WILMINGTON    NC    DE    17801
   (City)        (County) (State) (Zip Code)

4. The alleged discriminatory acts occurred on  21 , FEB , 2005
                                               (Day)  (Month) (Year)

5. The alleged discriminatory practice  ☐ is  ✓ is not continuing.

FEDERAL BUREAU OF INVESTIGATION
920 KING STREET
WILMINGTON, NC DELAWARE 19801

6. Plaintiff(s) filed charges with the <u>US DEPT. OF JUSTICE (CIVIL RIGHTS DIV)</u>
(Agency)

<u>1100 VERMONT AVE. N.W.   WASHINGTON, DC</u>
(Street Address)   (City)   (County)   (State)   (Zip)

regarding defendant(s) alleged discriminatory conduct on: <u>2/21/05</u>
(Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?   Yes ☐   No ☐

If yes, to whom was the appeal taken? _____

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

ON 2/21/05 JOSE M. SANTANA ABUSED HIS AUTHORITY BY BEATING ME DOWN IN THE STREET FOR NO REASON

ON 2/21/05 JOSE M. SANTANA CONSPIRED WITH ANOTHER OFFICER TO PREVENT ACCESS TO INTERNAL AFFAIRS PERSONNEL.

ON 2/21/05 JOSE M. SANTANA COMMITTED ASSAULT ~~ASSAULT~~ ON A DISABLED SENIOR CITIZEN

10. Defendant's conduct is discriminatory with respect to the following:
   A. ☑ Plaintiff's race
   B. ☑ Plaintiff's color
   C. ☐ Plaintiff's sex
   D. ☐ Plaintiff's religion
   E. ☐ Plaintiff's national origin
   F. ☑ PLAINTIFFS AGE

SEE ATTACHED STATEMENT

11. Plaintiff prays for the following relief: (Indicate the exact relief requested)

WRITTEN APOLOGY FROM ALL DEFENDANTS MONETARY DAMAGES IN THE AMOUNT OF $26,988.00 LOST WAGES FOR 13 PAY PERIODS FROM 2/21/05 TO 7/31/05.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/30/05

_____
(Signature of Plaintiff)