IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 JUL 20 PM 2:08

OLDEN THOMAS,                    )
                                 )
        Plaintiff,               )
                                 )
    v.                           )  Civ. No. 05-456-KAJ
                                 )
MAYOR JAMES M. BAKER, CHIEF      )
MICHAEL J. SZCZERBA, CITY OF     )
WILMINGTON, DE, and PATROLMAN    )
JOSE M. SANTANA #73090,          )
                                 )
        Defendants.              )

## ORDER

At Wilmington this 20th day of July, 2005, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED because of the contradictory statements regarding plaintiff's employment contained in the complaint. Specifically, the plaintiff indicates in his affidavit that he is unemployed, (D.I. 1 at para. 2(b)) and he requests "lost wages for 13 pay periods for 2/21/05 to 7/31/05." (D.I. 2 at 3, para. 11) However, in the complaint, the plaintiff indicates that he worked as a counselor, "[a] week to ten days after the incident." (Id. at 4) The plaintiff also states that, "[s]ince the incident I have been to Southbridge, Riverside, Northeast, Hilltop merely doing my job.

... Just yesterday I was over on Franklin Street for a session." (<u>Id</u>. at 6)

      2.   Accordingly, the plaintiff shall pay the $250 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

                                                                                   _____

                                                               United States District Judge