

*Olden "Pete" Thomas*
*1516 Sycamore Street Suite A*
*Wilmington, Delaware 19805*
*302-652-4886*
Socialwork53@aol.com

July 23, 2005

Office of the Clerk
United States District Court
844 N. King Street
Wilmington, DE 19801-3570

```
      FILED
    JUL 25 2005
  U.S. DISTRICT COURT
  DISTRICT OF DELAWARE
```

Dear Sir/Madam:

I am in receipt of your order reference (Civ. No. 05-456-KAJ) dated July 20, 2005 in regards to prepayment of fees. In said order, 4 specific points were cited which I feel need to be addressed/further explained.

(1) The highlighted date on the attached should be revised to 7/8/05

(2) During my period of unemployment I did non-fee/outreach/pro bono work for hundreds of clients/associates and friends who needed my services but could not afford to pay. I have done this often during my 27 years as a clinician.

(3) "Doing my job" in the areas mentioned, means providing a service for free. In these areas clients are more-than-likely minorities, illiterate, substance addicted, below the poverty level, ignorant of the social services available to them, illegal immigrants, or persons who have no faith in the conventional system.

(4) A session, is any therapeutic service I provide to anyone. This ranges from reminding a group of young people of a NO LOITERING sign on the property they are occupying, to a sit down/1 on 1 with someone who is considering suicide. This is what I do! Fee or no fee!

In light of the fact that I have resumed compensated employment, I have no objection to paying the $250.00 filing fee within thirty days, and will do so. I merely wanted to set the record straight.

Thank you for your time and consideration

Sincerely yours,

*[signature]*

Olden "Pete" Thomas Jr., Ph.D., MSW, LCSW





Office of the Clerk
United States District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801-3570

Olden "Pete" Thomas
1516 Sycamore Street. Wilmington, DE 19805