IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLDEN THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-456-KAJ |
| | ) |
| MAYOR JAMES M. BAKER, CHIEF | ) |
| MICHAEL J. SZCZERBA, CITY OF | ) |
| WILMINGTON, DE, and PATROLMAN | ) |
| JOSE M. SANTANA #73090, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 20TH day of July, 2005, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED because of the contradictory statements regarding plaintiff's employment contained in the complaint. Specifically, the plaintiff indicates in his affidavit that he is unemployed, (D.I. 1 at para. 2(b)) (1) and he requests "lost wages for 13 pay periods for 2/21/05 to 7/31/05." (D.I. 2 at 3, para. 11) However, in the complaint, the plaintiff indicates that he worked as a (2) counselor, "[a] week to ten days after the incident." (Id. at 4) The plaintiff also states that, "[s]ince the incident I have been to (3) Southbridge, Riverside, Northeast, Hilltop merely doing my job.

(4) ... Just yesterday I was over on Franklin Street for a session."
(Id. at 6)

    2.   Accordingly, the plaintiff shall pay the $250 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

                                                                 */s/ Kent A. Jordan*
                                                              United States District Judge