

**KeyStone Center**
AT THE WETHERILL ESTATE

*A subsidiary of Universal Health Services, Inc.*
2001 Providence Avenue, Chester, PA 19013
(610) 876-9000  ·  1-800-558-9600

July 1, 2005

Olden Thomas
1516 Sycamore St. Suite B
Wilmington, DE 19805

Dear Olden:

We welcome you to The Keystone Center as a full time Counselor we are confident you will assist our continued tradition of excellence in the mental health care field. It is our hope that your association with Keystone Center will be a rewarding and fulfilling experience.

You have been selected for your position because we believe you have the qualifications, determination and ability to assist our organization and its patients. Keystone Center, like many successful organizations, is comprised of a group of people bound together by mutual interest and common purpose. We recognize that Keystone employees are the Organization and their commitment and teamwork are the strength and prosperity of the Center. Your ideas and work product will contribute collectively and individually to the success of Keystone Center.

The employment relationship between you and Keystone Center is at-will and it may be terminated by either yourself or Keystone Center at any time for any reason or for no reason with or without notice. This letter is not nor is it to be constructed as an employment contract or agreement. It is understood that Keystone Center has not made any representation and you have not agreed to continue the employment relationship for any specific period of time.

As a full time (40 hours/week) non-exempt employee, your compensation will be an hourly rate of $15.00. Your first day of employment will be *7/1/05. You are eligible to participate in the employee benefits program on 8/2/05{31 days after your date of hire}. **You will need to contact the Human Resources Department within the first two weeks of your employment to discuss the benefit options available to you. After this meeting, you must enroll and complete the necessary benefits paperwork at least 14 days from the benefit effective date; otherwise you will not be eligible for enrollment in the benefit program until the next open enrollment period.** Please note that it is your responsibility to ensure that you have properly enrolled in the employee benefit program offered at Keystone Center. In accordance with your status, you will accrue Paid Time Off at a rate of 7.016 hours per pay period.

\* Actual start date: 7/8/05

1