IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OLDEN THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-456-KAJ |
| | ) | |
| MAYOR JAMES M. BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on July 20, 2005, the Court entered an order denying leave to proceed *in forma pauperis* (D.I. 3);

WHEREAS, the Court ordered plaintiff to pay the $250 filing fee within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, payment has not been received from plaintiff;

THEREFORE, at Wilmington this 29th day of December 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

_____
United States District Judge